Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15202−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gerald Stephen Windos
 74 Robins Place
 Metuchen, NJ 08840

Social Security No.:
 xxx−xx−5651

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

 NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 5, 2022.

Dated: October 5, 2022
JAN: ldd

 Jeanne Naughton
 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gerald Stephen Windos  
    Debtor

Case No. 22-15202-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 05, 2022      Form ID: plncf13      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald Stephen Windos, 74 Robins Place, Metuchen, NJ 08840-1947 |
| 519647799 | + | Conrad & Vincent, 300 Bukalew Avenue, Suite 103, Monroe Township, NJ 08831-1400 |
| 519647800 | + | Conrad & Vincent Esquires, 977 State Route 33 West, Monroe Township, NJ 08831-7232 |
| 519647801 | + | Cullen & Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850 |
| 519647802 | + | KML Law Group PC, 216 Haddon Avenue, Sutie 406, Collingswood, NJ 08108-1120 |
| 519647803 | | Morello Properties LLC, 26 State Route 34 South, Colts Neck, NJ 07722 |
| 519647804 | + | Ostrowitz & Ostrowitz, 225 Gordon Corner Road, Englishtown, NJ 07726-3342 |
| 519647805 | + | Wells Fargo Bank, NA, Central Bankruptcy Department VA7359, PO Box 13765, Roanoke, VA 24037-3765 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519682912 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2022 20:36:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Wells Fargo Bank N.A. successor by merger to Wachovia N.A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A. successor by merger to Wachovia N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Gerald Stephen Windos jacqueline@rocciesquire.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5